IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK MOSIER,                                                                                                PLAINTIFF
ADC #658749

v.                                            4:22CV01145-KGB-JTK

DOE                                                                                                    DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objections; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

I.     **Introduction**

Mark Mosier ("Plaintiff") was in custody at the Drew County Detention Center at the time he filed this lawsuit. (Doc. No. 1 at 3). Plaintiff filed this action alleging violations of his federally protected rights, but Plaintiff did not submit the $402.00 filing fee or an in forma pauperis motion ("IFP Motion").

On November 28, 2022, the Court directed Plaintiff to either submit the $402.00 filing fee or an IFP Motion within 30 days. (Doc. No. 2). The Court's Order was returned as undeliverable. (Doc. No. 3). Plaintiff updated his address with the Court on December 14, 2022. (Doc. No. 4). The Court mailed the November 28, 2022 Order to Plaintiff's new address on

December 14, 2022. To date, Plaintiff has not paid the filing fee, filed an IFP Motion, or otherwise responded to the Court's November 28, 2022 Order.

Rule 5.5(c)(2) of the Local Rules for the United States District Court for the Eastern and Western Districts of Arkansas provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself must sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* must be expected to be familiar with and follow the Federal Rules of Civil Procedure.

LOCAL RULE 5.5(c)(2). In the November 28 Order, the Court informed Plaintiff of his responsibility to comply with Local Rule 5.5(c)(2). (Doc. No. 2 at 2). Nonetheless, Plaintiff has not responded to the Order. Because Plaintiff has not responded to the Court's November 28, 2022 Order, his case should be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 41(b).

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint be DISMISSED without prejudice for failure to prosecute.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith..

Dated this 27th day of January, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE