IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK MOSIER**     **PLAINTIFF**
**ADC #658749**

v.     Case No. 4:22-cv-01145-KGB-JTK

**DOE**     **DEFENDANT**

## ORDER

Before the Court are Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). Plaintiff Mark Mosier has not filed any objections to the Recommendations, and the time to do so has passed. After careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). Accordingly, Mr. Mosier's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this 13th day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge