# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARK MOSIER**                                                                                                       **PLAINTIFF**
**ADC #658749**

v.                            Case No. 4:22-cv-01145-KGB-JTK

**DOE**                                                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Mark Mosier's complaint is dismissed without prejudice (Dkt. No. 1).  The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 13th day of February, 2023.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge